# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**SHANE STONE**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number: **1:08-CR-00008**<br><br>Eric Kersten<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]  admitted guilt to violation of charge(s) 1 - 5  as alleged in the violation petition filed on 12/21/2010 .
[ ]  was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The court:  [✔] revokes:  [ ] modifies:  [ ] continues under same conditions of supervision heretofore ordered on  8/1/2008  .

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  Charge(s) ___ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

11/14/2011
Date of Imposition of Sentence

/s/ LAWRENCE J. O'NEILL
Signature of Judicial Officer

**LAWRENCE J. O'NEILL**, United States District Judge
Name & Title of Judicial Officer

November 28, 2011
Date

| | | |
|---|---|---|
| CASE NUMBER: | 1:08-CR-00008 | Judgment - Page 2 of 3 |
| DEFENDANT: | SHANE STONE | |

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Charge 1 | NEW LAW VIOLATION | 12/15/2010 |
| Charge 2 | UNLAWFUL USE OF CONTROLLED SUBSTANCE | 10/20/2010, 11/2/2010, 11/12/2010, AND 11/24/2010 |
| Charge 3 | FAILURE TO PARTICIPATE IN A DRUG TESTING AS DIRECTED | 11/29/2010, 12/6/2010, 12/8/2010 |
| Charge 4 | FAILURE TO PARTICIPATE IN COUNSELING APPOINTMENTS AS DIRECTED | 12/8/2010 |
| Charge 5 | ASSOCIATION WITH PROHIBITED PERSON(S) | 12/15/2010 |

AO 245D-CAED (Rev. 3/04) Judgment in a Criminal Case for Revocation Sheet 1

Case 1:08-cr-00017-LJO   Document 30   Filed 11/28/11   Page 2 of 3

CASE NUMBER:        1:08-CR-00008                                              Judgment - Page 3 of 3
DEFENDANT:          SHANE STONE

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 2 years to be served concurrently with the sentence given in case 1:11-cr-00008 LJO.

[ ]  The court makes the following recommendations to the Bureau of Prisons:

[✔]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
    [ ] at ___ on ___ .
    [ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before _ on ___ .
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Officer.
    If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

                                                            _____
                                                            UNITED STATES MARSHAL

                                                         By _____
                                                            Deputy U.S. Marshal